# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MAUREEN L. POEPPELMAN,

   Plaintiff,       :   Case No. 3:09-cv-428

                 District Judge Walter Herbert Rice
 -vs-             Magistrate Judge Michael R. Merz

               :

COMMISSIONER OF SOCIAL
 SECURITY,

   Defendant.

## ORDER REGARDING SERVICE OF PROCESS AND REPRESENTATION

   On November 17, 2009, the Court noted that the Complaint in this case had been signed by Jo-Ann Sabo, purporting to act under the General Durable Power of Attorney attached to the Complaint. The Court advised the Plaintiff that Ms. Sabo as her attorney-in-fact could not represent here in federal court and gave the Plaintiff until January 4, 2010, to obtain counsel or advise the Court she intended to proceed *pro se.* Having received no word from Plaintiff, the Court presumes she intends to proceed pro se in this matter.

   This case was filed on November 9, 2009. Before the case can proceed, Plaintiff must obtain service of process on the Commissioner of Social Security, the Attorney General of the United States, and the United States Attorney for the Southern District of Ohio. Service is obtained by completing summonses directed to each of those persons and United States Marshal Form 285's for each. These forms can be obtained from the Clerk of this Court at Room 712, 200 West Second Street.

   Under Fed. R. Civ. P. 4(m), service of process must be completed by March 9, 2010. If

1

service is not complete by that date, the case must be dismissed for lack of prosecution.

If the Plaintiff completes the Summonses and 285 forms, the United States Marshal is ordered to serve process.

January 12, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge

copy mailed to Steven Makovec, 23 Dayton Avenue, Dayton, Ohio 45407