IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAUREEN L. POEPPELMAN, :

    Plaintiff, : Case No. 3:09cv428

vs. : JUDGE WALTER HERBERT RICE

COMMISSIONER OF SOCIAL SECURITY, :

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNOBJECTED TO REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #17) IN THEIR ENTIRETY; CAPTIONED CAUSE REMANDED TO THE DEFENDANT COMMISSIONER FOR THE PURPOSE OF CONSIDERING EVIDENCE WHICH PLAINTIFF SUBMITTED TO THE MAGISTRATE JUDGE, SAID REMAND BEING PURSUANT TO THE SIXTH SENTENCE OF 42 U.S.C. § 405(g); JUDGMENT TO ENTER ACCORDINGLY; TERMINATION ENTRY

---

Plaintiff has brought this action pursuant to 42 U.S.C. § 405(g) to review a decision of the Defendant Commissioner denying Plaintiff's application for Social Security disability benefits. On December 8, 2010, the United States Magistrate Judge filed a Report and Recommendations (Doc. #17), recommending that the captioned cause be remanded to the Defendant Commissioner, pursuant to the Sixth Sentence of 42 U.S.C. § 405(g), for the purpose of the Commissioner considering evidence which Plaintiff has submitted to the Court. That judicial filing is unobjected to by either party. See Doc. #19.

Based upon reasoning and citations of authority set forth in the Magistrate Judge's Report and Recommendations (Doc. #17), as well as upon a thorough <u>de novo</u> review of this Court's file, including the Administrative Transcript (filed with Defendant's Answer at Doc. #8 and 9), and a thorough review of the applicable law, this Court adopts the aforesaid Report and Recommendations in their entirety and, in so doing, orders the entry of judgment, pursuant to Sentence Six of 42 U.S.C. § 405(g), remanding the captioned cause for the purpose of the Defendant considering the evidence which Plaintiff has submitted to this Court. This Court will retain jurisdiction following remand, in order to review any additional or modified findings by the Defendant Commissioner.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 30, 2011

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of record