IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MAUREEN L. POEPPELMAN, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09cv428 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## ORDER

On May 21, 2013, the Court Ordered Defendant to file an updated certified administrative record on or before June 21, 2013, and for the parties to thereafter brief the case pursuant to the Sixth Amended Magistrate Judges' General Order No. 11 Concerning Social Security Appeals.  (Doc. #26)

The parties subsequently filed a Joint Case Status Report (Doc. #27), in which they indicate that "[g]iven the highly unusual nature of ALJ Lombardo's decision, the Appeals Council has agreed to review this case on an expedited basis," and as a result, "[t]he parties have agreed to proceed with an expedited Appeals Council review rather than seek judicial intervention at this time." (*Id.*).

In light of the parties' recent agreement, Defendant is no longer required to file an updated certified administrative record.  Defendant, however, shall keep the Court

apprised of the status of this case by filing a status report in accordance with the requirements set forth below.

### IT IS THEREFORE ORDERED THAT:

1. Defendant is no longer required to file an updated certified administrative record on or before June 21, 2013;

2. Defendant shall file a status report in this case **on or before November 22, 2013**, and every six (6) months thereafter; and,

3. The case remains remanded pursuant to Sentence Six of 42 U.S.C. § 405(g).

May 24, 2013

                                                  s/Sharon L. Ovington
                                                      Sharon L. Ovington
                                        Chief United States Magistrate Judge