IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MAUREEN L. POPPELMAN | : | Case No. 3:09-cv-428 |
| | : | |
| Plaintiff, | : | Judge Walter Herbert Rice |
| | | Chief Magistrate Judge Sharon L. Ovington |
| | : | |
| - vs - | | |
| | : | |
| CAROLYN W. COLVIN, acting Commissioner of the Social Security Administration | ; | |
| | ; | |
| Defendant. | | |

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

June 13, 2013

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case Remanded to Appeals Council for review of ALJ Lombardo's Decision. Status Report due on or before November 22, 2013."